JOSEPH BERNSTEIN v. EUGENE LUCCHESI, INC.—Application granted. Present Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MAPLE AVENUE REAL ESTATE CORPORATION v. NORTH HILLS GOLF CLUB, INC.—Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WILLIAM COHEN v. SADIE BASH and MAX BASH.—Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ANNA KRAUSKOPF and Another v. DRIVE PROPERTIES CORPORATION and Another.—Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SAMUEL BROWN and Others v. LOUIS ESCHER and Another.—Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

IRA B. GLATE v. GUS K. WORMS and Others.—Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

IRVING BIEBER v. FREDERICK R. SPREEMAN and Others.—Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HENRY MORRIS, INC., v. JOHN D. ANTONOPULOS, Impleaded, etc.—Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HEATING AND PLUMBING FINANCE CORPORATION v. THEATRE OPERATING CO., INC., and Others.—Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HELEN FINEMAN v. ALFRED HIRSCHMAN and Others.—Application granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

STEINKLEIN FURNITURE CO., INC., v. SIMON BLOOM and EVA BLOOM, Impleaded, etc.—Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JACOB SCHILLER and Another v. GIBBS-RICE CO., INC.—Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JACOB W. LOEB, Appellant, v. WILLIAM FOX, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JAMES D. MCCAULEY, Appellant, v. OBCANSKA ZALOZNA V KARLINE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.